IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BYRON QUINN-WINNE | CIVIL ACTION |
|---|---|
| v. | NO. 20-2493 |
| COMMONWEALTH OF PA; CHRISTOPHER F. TUSTIN & ROBERT EVANCHICK | |

## SCHEDULING ORDER

**AND NOW**, this 27th day of April, 2022, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline: __September 30, 2022__.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff: __August 1, 2022__.

   Defendant: __August 30, 2022__.

3. Magistrate Judge David Strawbridge will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions: __October 31, 2022__.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

   Plaintiff: __November 10, 2022__.

   Defendant: __November 21, 2022__.

6. Date for trial or entry into trial pool: __December 1, 2022__.

7. Commonwealth of Pennsylvania and Robert Evanchick are **DISMISSED** as Defendants.

The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.