IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BYRON QUINN-WINNE<br><br>v.<br><br>PENNSYLVANIA STATE TROOPER CHRISTOPHER T. TUSTIN | CIVIL ACTIO1N<br><br>NO. 20-2493 |
|---|---|

## CIVIL JUDGMENT

Before the Honorable Michael M. Baylson:

**AND NOW**, this 22nd day of June 2023, in accordance with the verdict rendered by the jury in this matter on this date,

**IT IS ORDERED** that **JUDGMENT** be and the same is hereby entered in favor of Plaintiff Byron Quinn-Winne and against Defendant PA State Trooper Christopher T. Tustin in the amount of $500.00.

The Clerk shall mark this case **CLOSED**.

BY THE COURT:

ATTEST:   /s/ Lori K. DiSanti
_____
Lori K. DiSanti, Deputy Clerk