IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BYRON QUINN-WINNE<br><br>v.<br><br>**CHRISTOPHER F. TUSTIN,**<br>*PENNSYLVANIA STATE TROOPER* | **CIVIL ACTION**<br><br>**NO. 20-2493** |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 1ˢᵗ day of August, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Amanda Frazier
_____
Amanda Frazier
Deputy Clerk